JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CARUNGCONG, an Individual,<br><br>         Plaintiff,<br><br>  v.<br><br>CITIBANK N.A., A National Banking Association; AND DOES 1-10, INCLUSIVE,<br><br>        Defendants. | Case No. 2:18-cv- 05551-PA (SSx)<br><br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(1)(A)(ii)]** |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

     **PLEASE TAKE NOTICE,** based on the stipulation by and between Plaintiff ERIC CARUNGCONG ("Plaintiff") and Defendant CITIBANK N.A., by and through their respective counsel of record:

///

///

///

///

**IT IS HEREBY ORDERED THAT:**

Plaintiff's Complaint, including all claims and all causes of action therein, be and hereby is dismissed with prejudice as to Citibank, N.A. pursuant to Federal <u>Rules of Civil Procedure</u>, Rule 41(a)(1)(A)(ii).  Further, the parties shall each bear their own costs and attorneys' fees accordingly.

**IT IS SO ORDERED.**

DATED:  March 2, 2019                    By: _____

District Court Judge